463 A.2d 63

Weinstein v. Eastco, Inc., et al., Appellant.

Argued September 8, 1982.   Richard F. Stern, for appellant;  Jerome J. Verlin, for appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Judgment affirmed.